SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff,
MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>  Plaintiff,<br><br>vs.<br><br>VIMAL PATEL D/B/A STARDUST MOTEL; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:25-cv-05431-AH (RAOx)**<br>Assigned to Hon. Anne Hwang<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (2)   *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless

the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Accordingly, Plaintiff requests that this matter be dismissed without prejudice by the Court with the Court.

DATED: November 14, 2025     SO. CAL EQUAL ACCESS GROUP

                                              */s/ Jason J. Kim*
                                              JASON J. KIM
                                              Attorney for Plaintiff