# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>    Plaintiff,<br><br>    vs.<br><br>VIMAL PATEL D/B/A STARDUST MOTEL; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-05431-AH (RAOx)**<br>Assigned to Hon. Anne Hwang<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [19]  [JS-6]** |

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

IT IS SO ORDERED.

DATED: NOVEMBER 14, 2025

Anne Hwang,
United States District Judge